**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

ASHLEY MAULER,

                              Plaintiff,            1:20-CV-0255
     v.                                                        (LEK/CFH)

EAGLE EXPRESSWAYS, INC., et al.,

                              Defendants.

---

**APPEARANCES:**                              **OF COUNSEL:**

Powers & Santola, LLP                    JOHN K. POWERS, ESQ.
100 Great Oaks Blvd., Ste. 123
Albany, New York 12203

## REPORT-RECOMMENDATION

      On March 6, 2023, plaintiff commenced this action with the filing of a complaint. See Dkt. No. 1. On March 17, 2020, plaintiff filed an amended complaint. See Dkt. No. 6. Defendants failed to appear in this action.

      On August 10, 2020, plaintiff filed a request for a Clerk's Certificate of Entry of Default. See Dkt. No. 16. A default was entered against defendants Eagle Expressways Inc. and Phillip Tyron Johnson. See Dkt. No. 19.

      On January 29, 2021, plaintiff filed a motion for default judgment as to defendants Eagle Expressways Inc. and Phillip Tyron Johnson. See Dkt. No. 30. At the direction of the Court, plaintiff filed a corrected motion for default judgment on September 29, 2021. See Dkt. Nos. 31, 32. On April 13, 2022, the Court issued a Decision & Order granting the motion for a default judgment against defendants and

1

referred the matter to the undersigned to conduct an inquest on the issue of damages. See Dkt. No. 38.

The Court conducted the inquest on May 2, 2023. See Dkt. Entry dated May 2, 2023. At the conclusion of the hearing, the Court directed plaintiff to file findings of fact and conclusions of law. See id. Plaintiff filed her findings of fact and conclusions of law on June 9, 2023. See Dkt. No. 49.

On September 21, 2023, the Court conducted a hearing on-the-record, at which time the Court placed a Report-Recommendation and Order on the record. A transcript of that proceeding is annexed hereto and incorporated herein by reference. See Dkt. No. 51.

For the reasons stated at that time, it is **RECOMMENDED** that plaintiff be awarded the sum of $200,000.00 for past pain and suffering and $50,000.00 for future pain and suffering.

Pursuant to 28 U.S.C. § 636(b)(1), plaintiff has FOURTEEN (14) days within which to file written objections to the foregoing report. Such objections shall be filed with the Clerk of the Court. **FAILURE TO OBJECT TO THIS REPORT WITHIN FOURTEEN (14) DAYS WILL PRECLUDE APPELLATE REVIEW**. See Roldan v. Racette, 984 F.2d 85, 89 (2d Cir. 1993) (citing Small v. Sec'y of Health and Human Servs., 892 F.2d 15, 16 (2d Cir. 1999)); see also 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72 & 6(a).

Dated: November 1, 2023
Albany, New York

Christian F. Hummel
U.S. Magistrate Judge